UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-CV-1263 (RBW) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please enter the appearance of Assistant United States Attorney Marsha W. Yee and remove the appearance of Assistant United States Attorney Marian L. Borum as counsel for the Defendant in the above-captioned case.

Dated: August 29, 2016

Respectfully submitted,

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Facsimile: (202) 252-2599
Email: Marsha.Yee@usdoj.gov